■ In the Matter of RAY WINSTON, Petitioner, v JOSEPH COHEN et al., Respondents. — Application for a writ of mandamus unanimously denied, cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Asch, Bloom and Fein, JJ.

■ In the Matter of the INSTITUTE OF INTERNATIONAL EDUCATION, INC., Appellant, v FINANCE ADMINISTRATION et al., Respondents. — Order, Supreme Court, New York County (Mangan, J.), entered on June 2, 1982, unanimously affirmed, for the reasons stated by Mangan, J., at Special Term, without costs and without disbursements. Concur — Sullivan, J. P., Silverman, Bloom, Milonas and Kassal, JJ.

■ FEDERAL INSURANCE COMPANY, Respondent, v PENNSYLVANIA MANUFACTURERS ASSOCIATION INSURANCE COMPANY, Appellant. — Judgment, Supreme Court, New York County (Stecher, J.), entered on February 3, 1982, unanimously affirmed. Respondent shall recover of appellant one bill of $75 costs and disbursements of this appeal. The appeal from the order of said court entered on January 9, 1982 is dismissed as being subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Silverman, Bloom, Milonas and Kassal, JJ.

■ DESMOND CHISHOLM et al., Respondents, v OSVALDO RAMOS, Appellant. — Order, Supreme Court, Bronx County (Kent, J.), entered on July 21, 1982, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. (See *Thomas v Gonzalez,* 91 AD2d 879.) No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Alexander, JJ.